Mark L. SIMONS, Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3245.

United States Court of Appeals, Federal Circuit.

July 29, 2005.

Official Caption[3]

### ORDER

Order Vacated, See 2005 WL 1995110.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

3. Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).